IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLIAN MARDIKIAN,

    Plaintiff,

  v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.
                              /

No. C 10-04479 WHA

**ORDER DENYING REQUEST
TO APPEAR BY TELEPHONE**

      The courtroom telephone equipment is not conducive to conducting hearings over the telephone so, therefore, plaintiff's request to appear at the case management conference by telephone is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 10, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE