**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LILLIAN MARDIKIAN,<br>      Plaintiff, | No. C 10-4479 WHA MED |
| v. | **ORDER RE: ATTENDANCE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.,<br>      Defendants. | Date:     May 9, 2011<br>Mediator:  Barbara Cray |

    IT IS HEREBY ORDERED that the request for plaintiff Lillian Mardikian to appear telephonically at the May 9, 2011, mediation before Barbara Cray is GRANTED. Mrs. Mardikian shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

May 3, 2011      By:      /s/ Elizabeth D. Laporte
Dated
                                     Elizabeth D. Laporte
                           United States Magistrate Judge