UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| LILLIAN MARDIKIAN,<br>       Plaintiff, | No. C 10-4479 WHA MED |
| v. | **ORDER RE: ATTENDANCE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.,<br>       Defendants.<br>_____/ | Date:      May 9, 2011<br>Mediator: Barbara Cray |

    IT IS HEREBY ORDERED that the request for defendant Experian Information Solution, Inc.'s corporate counsel, Abril Turner, to appear telephonically at the May 9, 2011, mediation before Barbara Cray is DENIED.  The court finds that Ms. Turner has not made adequate showing that her being required to appear in person at the mediation would cause her 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 6-10(d).  Accordingly, the court DENIES the request and ORDERS Ms. Turner to appear in person at the mediation.

    IT IS SO ORDERED.

May 5, 2011            By:            *Elizabeth D. Laporte*
Dated                                          Elizabeth D. Laporte
                                               United States Magistrate Judge