**United States District Court**

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LILLIAN MARDIKIAN,                        No. C 10-04479 WHA

11        Plaintiff,

12     v.                                       **ORDER REGARDING
                                                NOTICE OF SETTLEMENT**
13   EXPERIAN INFORMATION
     SOLUTIONS, INC.,
14

15        Defendant.
                                        /

16

17          The Court acknowledges and thanks plaintiff's counsel for the notice of settlement

18   (Dkt. No. 27), but cautions that all deadlines and dates remain in effect until a dismissal is filed.

19

20          **IT IS SO ORDERED.**

21

22   Dated:  August 18, 2011.

23                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
24

25

26

27

28